# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RGB SYSTEMS, INC., a California Corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>VALCOM, INC., and DOES 1 - 10 inclusive,<br><br>              Defendants.<br><br>─────────────────────────<br>VALCOM, INC.,<br><br>              Counterclaimant,<br>      v.<br><br>RGB SYSTEMS, INC., and DOES 1 through 10, inclusive,<br><br>              Counterdefendants | Case No. SACV09-1044 CJC (MLGx)<br><br><br><br><br><br>**[PROPOSED] JUDGMENT**<br><br><br><br><br><br>**JUDGE:   Hon. Cormac J. Carney** |

This action came on for hearing on Plaintiff's Motion for Summary Judgment and/or Adjudication of Issues on June 25, 2012. The evidence having been presented and argument of counsel for the parties having now been fully considered by the Court:

**IT IS ORDERED AND ADJUDGED** that judgment of non-infringement of US Patent 6,444,312 entitled "Lay in Ceiling Speaker" is hereby rendered in favor of Plaintiff/Counter-defendant RGB Systems, Inc. for the reasons set forth in this Court's Order Granting Plaintiff's Motion for Summary Judgment dated June 29, 2012;

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant/Counter-claimant Valcom, Inc. shall take nothing on its counterclaim for patent infringement for the reasons set forth in this Court's Order Granting Plaintiff's Motion for Summary Judgment dated June 29, 2012, and that said counterclaim is hereby dismissed with prejudice; and

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff/Counter-defendant RGB Systems, Inc. shall recover its costs of suit, and may make any motion for attorney's fees that is permitted by law.

DATED: July 17, 2012

_____

Hon. Cormac J. Carney
United States District Judge